1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

GARY RONNELL PERKINS,

       Plaintiff,

v.

C. PFEIFFER, et al.,

       Defendants.

_____/

1:08-cv-00516-AWI-GSA (PC)

**ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE, AND REQUIRING PLAINTIFF TO FILE SIGNED AMENDED COMPLAINT WITHIN THIRTY DAYS**

**(Doc. 1)**

     Plaintiff Gary Ronnell Perkins filed this action on April 15, 2008, pursuant to 42 U.S.C. § 1983. However, Plaintiff failed to date and sign his complaint. All filings must bear the original signature of the filing party. Local Rule 7-131; Fed. R. Civ. P. 11(a). Because Plaintiff's complaint is unsigned, it is HEREBY STRICKEN from the record. Plaintiff shall file a signed amended complaint within **thirty (30) days** from the date of service of this order or this action will be dismissed for failure to obey a court order.

     IT IS SO ORDERED.

**Dated:**   **April 18, 2008**             **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE